Yawner2515
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BRIAN GRIFFIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRIAN GRIFFIN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 6:08-MJ-00155 WMW <br><br> STIPULATION TO MODIFY <br> TERM OF PROBATION; <br> ORDER THEREON <br><br> Date :      December 16, 2008 <br> Magistrate:   William M. Wunderlich |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the term of probation that the defendant shall pay a fine of $290.00 shall be converted to 35 hours of unpaid community service hours to be completed within 2 months of the granting of this order. As grounds for the modification, the parties agree that such a conversion would be in the interests of justice as Mr. Griffin is currently a student, unemployed, and contemplating filing bankruptcy.

    This stipulation is requested by counsel for the defendant and would be joined by Ed Dunlavey of the National Park Service.

//

//

//

//

DATED: December 16, 2008            /s/ Ed Dunlavey
                                    Ed Dunlavey
                                    National Park Service


                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: December 16, 2008            /s/ Charles J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorney for Defendant

# **O R D E R**

IT IS SO ORDERED that the term of probation that the defendant shall pay a fine total of $290.00 shall be converted to 35 hours of unpaid community service hours to be completed within 2 months of the granting of this order.

DATED: _____

                                    _____
                                    WILLIAM M. WUNDERLICH, Magistrate
                                    United States District Court
                                    Eastern District of California


IT IS SO ORDERED.

**Dated:   January 20, 2009            /s/  William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE

Griffin - Stipulation to Modify Probation Term; Order      2